**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re:   Brandi McGhee                    )
                                          )           Chapter 13
         Debtor                           )           Judge Goldgar
                                          )           Case # 19-10742

To:
**By Mail,**
   U.S. Bank National Association, c/o U.S. Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301
   McCalla Raymer Leibert Pierece, c/o U.S. Bank National Association, LLC, 1 North Dearborn, Ste 1200, Chicago, IL 60611
   U.S. Bank CEO Andrew Cecere, 800 Nicollet Mall, Minneapolis, MN 55402 (VIA CERTIFIED MAIL)
**By Electronic Notice,** Trustee Marilyn Marshall, courtdocs@chi13.com
   US Trustee Patrick S Layng, USTPRegion11.es.ecf@usdoj.gov

**NOTICE OF OBJECTION TO CLAIM #9**

Please take notice that on **July 9, 2019 at 9:30 a.m.** I shall bring the above motion for hearing before Judge Goldgar, or whomever is sitting in Judge Goldgar stead, at 219 S Dearborn, Courtroom 642, Chicago, IL 60604.

**Certification**

I certify that the motion and notice of motion were served by mail to the parties listed above by depositing copies in envelopes addressed to each party with proper postage in the United States mail on June 6, 2019 and by electronic notice through ECF at the above email addresses on June 6, 2019.

                                                    _____/s/ David Gallagher

                                                    One of Attorneys for Debtor
                                                    Gleason and Gleason
                                                    77 W Washington, Suite 1218
                                                    Chicago, IL 60602
                                                    Ph: (312) 578-9530
                                                    Fax: (312) 578-9524

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. BANK NATIONAL ASSOCIATION
0752-1                                   PO Box 41021                             14841 Dallas Pkwy Suite 425
Case 19-10742                            Norfolk, VA 23541-1021                   Dallas, TX 75254-8067
Northern District of Illinois
Eastern Division
Thu Jun  6 15:37:36 CDT 2019

U.S. Bankruptcy Court                    Ally Bank                                Ally Financial
Eastern Division                         PO Box 130424                            Attn: Bankruptcy
219 S Dearborn                           Roseville, MN 55113-0004                 Po Box 380901
7th Floor                                                                         Bloomington, MN 55438-0901
Chicago, IL 60604-1702

Arnold Scott Harris                      Capital One                              Capital One Bank (USA), N.A.
111 W. Jackson Ste 400                   Attn: General Correspondence/Bankruptcy  4515 N Santa Fe Ave
Chicago, IL 60604-4135                   Po Box 30285                             Oklahoma City, OK 73118-7901
                                         Salt Lake City, UT 84130-0285

Cardworks/CW Nexus                       Chase Auto Finance                       Citibank North America
Attn: Bankruptcy                         National Bankruptcy Dept                 Citicorp Credit Srvs/Centralized Bankrup
Po Box 9201                              201 N Central Ave Ms Az1-1191            Po Box 790040
Old Bethpage, NY 11804-9001              Phoenix, AZ 85004-1071                   Saint Louis, MO 63179-0040

City Of Chicago Department of Finance    City of Chicago                          City of Chicago - Dept of Finance
C/O Arnold Scott Harris P.C.             Attn: Mayor Rahm Emanuel                 Administrative Hearings
111 W Jackson Blvd Suite 600             121 N LaSalle, #507                      121 N LaSalle St 107A
Chicago, IL 60604-3517                   Chicago, IL 60602-1208                   Chicago, IL 60602-1232

City of Chicago Corporation Counsel      City of Chicago Dept of Law              Codilis and Assoc.
Attn: Edward Siskel                      Attn: Charles King                       15W030 N. Frontage Road
30 N LaSalle St, Room 700                121 North LaSalle Street, Suite 600      Burr Ridge, IL 60527-6921
Chicago, IL 60602-2503                   Chicago, IL 60602-1244

ComEd Attn: Bkcy Dept                    Commonwealth Edison Company              Franciscan St James Health
1919 Swift Dr                            Bankruptcy Department                    2434 Interstate Plaza Dr, Ste 2
Oak Brook Terrace, IL 60523-1502         1919 Swift Drive                         Hammond, IN 46324-2947
                                         Oak Brook, IL 60523-1502

Hiskes Diller ODonnell                   Illinois Dept of Employment Securit      Illinois Housing Development Auth
for Village of South Holland             Bankruptcy Unit Collection Subdivis      Legal Dept
16231 Wausau Ave                         33 S State St 10th Floor                 401 N Michigan, Ste 700
South Holland, IL 60473-2157             Chicago, IL 60603-2804                   Chicago, IL 60611-4278

LJ Ross                                  MCSI Inc                                 MERRICK BANK
PO Box 6099                              7330 College Drive #108                  Resurgent Capital Services
Jackson, MI 49204-6099                   Palos Heights, IL 60463-1186             PO Box 10368
                                                                                  Greenville, SC 29603-0368

Midland Credit Management, Inc. as agent for  Municipal Collection Services       Nicor Gas
Midland Funding LLC                      PO Box 327                               Attention: Bankruptcy Department
Po Box 2011                              Palos Heights, IL 60463-0327             PO Box 549
Warren MI 48090-2011                                                              Aurora, IL 60507-0549
```

| | | |
|---|---|---|
| Nicor Gas Co.<br>1844 Ferry Road<br>Naperville, IL 60563-9600 | Professional Account Management<br>PO Box 2080<br>Milwaukee, WI 53201-2080 | Secretary of State<br>Attn: Safety & Financial Resp<br>2701 S Dirksen Pkwy<br>Springfield, IL 62723-0002 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| Us Bank Home Mortgage<br>Attn: Bankruptcy Department<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Us Dept Of Ed/Great Lakes Higher Educati<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 | Village of Dolton<br>Municpal Officers - Tickets<br>14014 Park Ave<br>Dolton, IL 60419-1029 |
| Village of Matteson<br>20500 S Cicero<br>Matteson, IL 60443-1646 | Village of South Holland<br>16226 Wausau Avenue<br>South Holland, IL 60473-2156 | Brandi McGhee<br>17201 Bennett Ave<br>South Holland, IL 60473-3624 |
| Julie M Gleason<br>Gleason & Gleason LLC<br>77 W Washington Suite 1218<br>Chicago, IL 60602-3246 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re:   Brandi McGhee | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge Goldgar |
| | ) | Case # 19-10742 |

**OBJECTION TO PROOF OF CLAIM #9-1**

Now comes Counsel for Brandi McGhee David Gallagher of Gleason and Gleason, and respectfully states:

1. That the Debtor filed the above captioned case under section 13 of the Bankruptcy Code on April 12, 2019.

2. That the Debtor's Plan has not yet been confirmed.

3. On May 30, 2019, U.S Bank National Association, c/o U.S. Bank Home Mortgage, (herein referred to as US BANK)filed a proof of claim that assessed a $44,501.60 in pre-petition arrears (See Exhibit A).

4. The Debtor's residence has been property-tax exempt by the State of Illinois since 2016 (See Exhibit B).

5. Debtor's exemption has continued up until the present time (See Exhibit C).

6. That, accordingly, Claim #9-1 should be reduced by $12,560.20, which is the amount of property taxes the mortgage company has paid since 2017.

WHEREFORE, Debtor respectfully requests that this Court enter an order sustaining Debtor's objection to Claim 9-1 filed by the U.S Bank and by reducing the arrearage claim to $31,941.40 and any further relief that the court deems just and proper.

                                                Respectfully Submitted,

                                                */s/ David Gallagher #6295024*
                                                One of Attorneys for Debtor

Gleason and Gleason
77 W. Washington, Suite 1218
Chicago, IL 60602
Ph (312) 578-9530
Fax (312) 578-9524
Julie Gleason #6273536
Troy Gleason #6276510
David Gallagher #6295024